# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2009

138693
139404

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

THOMAS GUSMAN,
      Defendant-Appellee.

SC: 138693
COA: 290372
Gogebic CC: 08-000146-FC

_____/

139404

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THOMAS ALLEN GUSMAN,
      Defendant-Appellant.

SC: 139404
COA: 291655
Gogebic CC: 08-000146-FC

_____/

On order of the Court, the applications for leave to appeal the March 26, 2009 and the July 2, 2009 orders of the Court of Appeals are considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of both applications as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2009

Clerk

p1110